AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana


SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18 MJ 3 |
| | ) | |
| JAMES S. KINDIG | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Feb. 24 to Sept. 11, 2017__ in the county of __St. Joseph__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |
| (SEE ATTACHED CHARGES) | |

-FILED-
JAN 23 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This criminal complaint is based on these facts:
See attached affidavit of Phillip Williams, Task Force Office, Federal Bureau of Investigations

☑ Continued on the attached sheet.

_/s/ Phillip Williams_
*Complainant's signature*

Phillip Williams, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/23/2018

/s/Michael G. Gotsch, Sr.
*Judge's signature*

City and state: South Bend, Indiana

Michael G. Gotsch, Sr., U.S. Magistrate Judge
*Printed name and title*

**SEALED**

## Count 1

From on or about February 24, 2017 to on or about July 22, 2017, in the Northern District of Indiana,

**JAMES S. KINDIG,**

defendant herein, knowingly received any visual depiction using any means or facility of interstate or foreign commerce, and the production of such depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including but not limited to file names: (Kinderkutje) Nablot - Juicy Little 8Yo And 9Yo And12Yo Pussies.avi and NS775.mp4.

All in violation of 18 U.S.C. § 2252(a)(2).

## Count 2

On or about September 11, 2017, in the Northern District of Indiana,

**JAMES S. KINDIG,**

defendant herein, did knowingly possess, one or more books, magazines, periodicals, films, videos, tapes, or other matter which contained visual depictions which were shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, and which visual depictions were of such conduct and which depicted a prepubescent minor or a minor who had not yet attained 12 years of age, including but not limited to the file names: "000-100.jpg" and "Ulia 12.04-134.jpg."

All in violation of 18 U.S.C. § 2252(a)(4)(B).

## **FORFEITURE ALLEGATION**

Upon conviction for violating any count of the Indictment, pursuant to 18 U.S.C. § 2253, **JAMES S. KINDIG**, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation(s).